UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELIKA CZICHON,

    Plaintiff,

v.                      Case No. 8:09-cv-2318-T-33TGW

PUBLIX FOOD & PHARMACY, LAKELAND
DIVISION,

    Defendant.
_____/

## **ORDER**

This matter is before the Court sua sponte. Plaintiff filed her complaint on November 13, 2009. (Doc. # 1). The record reveals that Plaintiff has not served Defendant within 120 days of filing the complaint, as directed by Rule 4(m) of the Federal Rules of Civil Procedure. Accordingly, on April 23, 2010, this Court entered an Order directing Plaintiff to show cause, by May 10, 2010, why the action should not be dismissed for failure to timely perfect service of process upon the defendant. (Doc. # 6).

Plaintiff has not responded to the Court's Order to Show Cause and has not served Defendant with process.[1] Thus, the Court finds it appropriate to dismiss this action without

---

[1] It should also be noted that Plaintiff has not paid the Court's filing fee or moved to proceed in forma pauperis in this matter.

prejudice.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This case is dismissed without prejudice.

(2) The Clerk is directed to terminate all pending motions and deadlines and to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>11th</u> day of May 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All counsel and parties of record